| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**ROACH & LEITE, LLC**<br>Robert C. Leite, Esquire<br>6950 Castor Avenue<br>Philadelphia, PA 19149<br>Tel. 267-388-9982<br>Fax. 267-343-5821<br>Attorney for debtor | |
| In Re:<br><br>TRACY HUA<br><br>Debtor | BK Case No.: 18-25708-cmg<br><br>CHAPTER 11<br><br>Judge: Christine M. Gravelle |

## OBJECTION TO SHOW CAUSE ORDER WHY CASE SHOULD NOT BE DISMISSED

NOW COMES before the United States Bankruptcy Court for the District of New Jersey, debtor Tracy Hua by and through the undersigned counsel and objects to the show cause order of the Court issued on August 6, 2018 and in support of this objection, states:

1. Debtor filed a voluntary petition under the provision of 11 U.S.C. Chapter 11 on August 6, 2018.

2. Debtor filed an emergency Chapter 11 petition in order to prevent irreparable harm and certain loss of numerous properties. In this situation it was necessary to file the bankruptcy case very quickly without contemplating the existence of all required information..

3. On August 6, 2018, the Court issued a show cause order as to why the case shouldn't be dismissed for failure to file missing documents, specifically, Statement of Corporate Ownership, Cash Flow Statement and the Statement of Operations.

4. It should be noted that the Statement of Corporate ownership was filed on August 15, 2018. the filing was delayed as the undersigned was waiting for debtors review and signature before filing.

5. Debtor after a complete review of her financial records and books, was unable to locate any prior Cash Flow Statement or Statement of Operations documents. It should be noted that the debtor filed a Ch. 11

Small business statement of no documents on August 15, 2018 certifying that neither of the above documents existed nor had been prepared at this time.

**WHEREFORE**, debtor respectfully asks that the Court rescind its show cause order and for such other relief as is just and proper.

Date: August 18, 2018

Roach & Leite, LLC

Robert C. Leite, Esquire
Attorney for Debtor
6950 Castor Avenue
Philadelphia, Pa 19149
(267) 388-9972
Rleite@rlmfirm.com