| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FRENKEL LAMBERT WEISS WEISMAN &<br>GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Sean O'Brien, Esq.<br>Attorney for Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4, Secured Creditor | <br>**Order Filed on September 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: **18-25708-CMG**<br><br>CHAPTER 11<br><br>Judge: Christine M. Gravelle |
| In Re:<br><br>   **Tracy Hua,**<br><br>                            **Debtor.** | |

## ORDER VACATING STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 23, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: **Tracy Hua**
Case No.: **18-25708-CMG**
Caption of Order: **Order Vacating Stay**

Upon the motion of Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

    X    Real property more fully described as:

   1845e Harold St, Philadelphia, PA  19125
   3229 Memphis Street, Philadelphia, PA 19134
   3010 Agate Street, Philadelphia, PA 19134
   2917 Tulip Street, Philadelphia, PA 19134
   3232 Emerald Street, Philadelphia, PA 19134

   ____    Personal property more fully described as:

It is further **ORDERED** that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.