UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tracy Hua

Case No.: 18-25708-CMG

Hearing Date:

Judge: Christine M. Gravelle

ORDER VACATING ORDER VACATING STAY

The relief set forth on the following page, numbered two (2)   is hereby **ORDERED**.

**DATED: September 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# ORDER VACATING STAY

**By** Wilmington Trust, NA, entered on 9/23/18

The Court, on its own motion, finds that the Order Vacating Stay entered in the above-captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said Order Vacating Stay be and the same is hereby vacated.