

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Sean O'Brien, Esq.
Attorney for Wells Fargo Bank, N.A. as Trustee f/b/o
holders of Structured Asset Mortgage Investments II
Trust 2007-AR4, Mortgage Pass-Through Certificates,
Series 2007-AR4, Secured Creditor

Order Filed on September 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **18-25708-CMG**

CHAPTER 11

Judge: Christine M. Gravelle

In Re:

**Tracy Hua,**

                              **Debtor.**

# ORDER VACATING STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 23, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: **Tracy Hua**
Case No.: **18-25708-CMG**
Caption of Order: **Order Vacating Stay**

Upon the motion of Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

  **X**     Real property more fully described as:

**1845e Harold St, Philadelphia, PA  19125
3229 Memphis Street, Philadelphia, PA 19134
3010 Agate Street, Philadelphia, PA 19134
2917 Tulip Street, Philadelphia, PA 19134
3232 Emerald Street, Philadelphia, PA 19134**

  ____     Personal property more fully described as:


It is further **ORDERED** that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Tracy Hua  
     Debtor

Case No. 18-25708-CMG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 24, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db         +Tracy Hua,   6 Jewel Road,   Princeton Junction, NJ 08550-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:  
      Charles G. Wohlrab   on behalf of Creditor   U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Laura M. Egerman   on behalf of Creditor   U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov  
      Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
      Robert C Leite   on behalf of Debtor Tracy  Hua rleite@rlmfirm.com  
      Sean M. O'Brien   on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4 sobrien@flwlaw.com  
      Sean M. O'Brien   on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Seri sobrien@flwlaw.com  
      Sean M. O'Brien   on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 10