UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Tracy Hua

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-25708-CMG

Hearing Date:

Judge:   Christine M. Gravelle

ORDER VACATING ORDER VACATING STAY

The relief set forth on the following page, numbered two (2)   is hereby **ORDERED**.

**DATED: September 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# ORDER VACATING STAY

**By** Wilmington Trust, NA, entered on 9/23/18

The Court, on its own motion, finds that the Order Vacating Stay entered in the above-captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said Order Vacating Stay be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25708-CMG
Tracy Hua                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1            Date Rcvd: Sep 25, 2018
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
db             +Tracy Hua,    6 Jewel Road,    Princeton Junction, NJ 08550-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
    Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N cwohlrab@logs.com,
    njbankruptcynotifications@logs.com
    Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N kmcdonald@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN
    XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkyecf@rasflaw.com,
    bkyecf@rasflaw.com;legerman@rasnj.com
    Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
    Karena.Blaylock@phila.gov
    Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
    Robert C Leite    on behalf of Debtor Tracy  Hua rleite@rlmfirm.com
    Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee f/b/o holders of
    Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates,
    Series 2007-AR4 sobrien@flwlaw.com
    Sean M. O'Brien    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
    N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust
    2007-AR6, Mortgage Pass-Through Certificates, Seri sobrien@flwlaw.com
    Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                              TOTAL: 10