UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**MOTION FOR ORDER CONFIRMING
AUTOMATIC STAY IS NOT IN EFFECT**

I, _____, ☐ creditor, ☐ attorney for creditor, request an order confirming that the automatic stay provisions of 11 U.S.C. § 362(a) are not in effect as to this case for the reason(s) indicated below.

☐    **11 U.S.C. § 362(c)(4).**  The following cases were pending within the previous year but were dismissed.

_____ *[Case number]*          _____ *[Case number]*

_____ *[Case number]*          _____ *[Case number]*

_____ *[Case number]*          _____ *[Case number]*

**11 U.S.C. § 362(b)(22).**

☐ The debtor has not filed with the petition an *Initial Statement About an Eviction Judgment Against You (Official Form 101A)*.

☐ The debtor has not served upon the movant an *Initial Statement About an Eviction Judgment Against You (Official Form 101A)*.

☐ The debtor has not deposited with the Clerk the rent due within 30 days of the filing of the petition in the amount of $_____.

☐ The debtor filed with the petition and served upon the movant an *Initial Statement About an Eviction Judgment Against You (Official Form 101A)*. The Clerk has forwarded to me, and I have received, the amount of $ _____ representing the full amount of rent due within 30 days after the filing of the petition.

☐ The debtor has not filed a *Statement About Payment of an Eviction Judgment Against You (Official Form 101B)*.

☐ The debtor has not served on the movant a *Statement About Payment of an Eviction Judgment Against You (Official Form 101B)*.

☐ The debtor has not paid the total amount of arrears due in the amount of $ _____ within 30 days of the date of the petition.

☐    **11 U.S.C. § 362(b)(23).** On _____, the movant filed a certification regarding the debtor's actions, specifically ☐ endangerment of the property, and/or ☐ illegal use of controlled substances on the property by the debtor, or others. It is more than 15 days from the filed date of the Certification and the debtor has not filed an objection to the certification, or has filed an objection to the certification but has not served it on the applicant.

☐    **11 U.S.C. § 362(n).** Section 362(n) of the Code applies.

Date: _____        _____
                                                                    Movant

*new.8/1/18*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 18-023602
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Christopher A. DeNardo - 250782017
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
TRUST MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-7N

IN RE:

TRACY HUA, DEBTOR

CASE NO.: 18-25708-CMG

JUDGE: Honorable Christine M Gravelle

**ORDER CONFIRMING NO AUTOMATIC STAY
IS IN EFFECT AS TO CERTAIN REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

Upon the application of SHAPIRO & DENARDO, LLC, Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N under for a determination that no Automatic Stay is in effect as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is not in effect as to the certain real property described below; due to the Debtor's consecutive filings within the parameters of 11 U.S.C. §362(c)(4)

_____    Land and premises commonly known as Commonly known as 2121 S. 9th Street, Philadelphia, Pennsylvania 19148.

2. Movant is permitted to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon aforementioned real property.

3. Movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.

CXE 18-023602
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Christopher A. DeNardo - 250782017
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| TRACY HUA, DEBTOR | CASE NO.: 18-25708-CMG CHAPTER 11 |

## CERTIFICATION OF SERVICE

I, Michael Kaiza

1.
☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for <u>Charles G. Wohlrab, Esquire</u> who represents the Secured Creditor in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On __10/10/18__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Application to Confirm No Automatic Stay in Effect as to Certain Real Property,
Certification in Support of Application to Confirm No Automatic Stay,
Proposed Order
Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature _____
Michael Kaiza

Dated: __10/10/18__

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Leite<br>Roach & Leite, LLC<br>6950 Castor Avenue<br>Philadelphia, PA 19149 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>U.S. Department of Justice, Office of the U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Tracy Hua<br>6 Jewel Road<br>Princeton Junction, NJ 08550 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.