UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**ROACH & LEITE, LLC**
Robert C. Leite, Esquire
6950 Castor Avenue
Philadelphia, PA 19149
Tel. 267-388-9982
Fax. 267-343-5821
Attorney for debtor

In Re:

TRACY HUA

                Debtor

BK Case No.: 18-25708-cmg

CHAPTER 11

Judge: Christine M. Gravelle

Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APLICATION/MOTION DEBTOR TRACY HUA TO EMPLOY ROACH & LEITE, LLC AS COUNSEL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Motion of debtor Application to Employ, pursuant to 11 U.S.C. § 327, Fed.R.Bankr.P. 2014 and D.N.J L.B.R.") 2014-1 upon consideration of the Application of Tracy Hua (the "Debtor"), to employ Roach, & Leite, LLC (R&L Firm"), as general counsel in this bankruptcy case, and it appearing that R&L Firm attorneys are duly admitted to practice in this Court, and the Court being satisfied that R&L Firm does not represent any other party-in-interest or hold an interest adverse to the Debtor in this case and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

**ORDERED** that the application is granted in its entirety: and it is further

**ORDERED** that the debtor is hereby authorized to retain and employ R&L Firm, as general counsel to the Debtor in the within proceedings under Chapter 11 of the United States bankruptcy Code; and it is further

**ORDERED** that compensation for professional services of R&L Firm shall be charged as the hourly billing rate of $175.00 to $250.00 for attorneys and $100.00 per hour for paralegals; and it is further

**ORDERED** that compensation to R&L Firm is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States bankruptcy Code, applicable bankruptcy Rules and In re Busy Beaver Building Center, Inc., 19 F.3d 833 (3rd Cir 1994).