UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**ROACH & LEITE, LLC**
Robert C. Leite, Esquire
6950 Castor Avenue
Philadelphia, PA 19149
Tel. 267-388-9982
Fax. 267-343-5821
Attorney for debtor

In Re:

TRACY HUA

                Debtor

**Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

BK Case No.: 18-25708-cmg

CHAPTER 11

Judge: Christine M. Gravelle

## ORDER APLICATION/MOTION DEBTOR TRACY HUA TO EMPLOY ROACH & LEITE, LLC AS COUNSEL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Motion of debtor Application to Employ, pursuant to 11 U.S.C. § 327, Fed.R.Bankr.P. 2014 and D.N.J L.B.R.") 2014-1 upon consideration of the Application of Tracy Hua (the "Debtor"), to employ Roach, & Leite, LLC (R&L Firm"), as general counsel in this bankruptcy case, and it appearing that R&L Firm attorneys are duly admitted to practice in this Court, and the Court being satisfied that R&L Firm does not represent any other party-in-interest or hold an interest adverse to the Debtor in this case and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

**ORDERED** that the application is granted in its entirety: and it is further

**ORDERED** that the debtor is hereby authorized to retain and employ R&L Firm, as general counsel to the Debtor in the within proceedings under Chapter 11 of the United States bankruptcy Code; and it is further

**ORDERED** that compensation for professional services of R&L Firm shall be charged as the hourly billing rate of $175.00 to $250.00 for attorneys and $100.00 per hour for paralegals; and it is further

**ORDERED** that compensation to R&L Firm is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States bankruptcy Code, applicable bankruptcy Rules and <u>In re Busy Beaver Building Center, Inc.</u>, 19 F.3d 833 (3rd Cir 1994).

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25708-CMG
Tracy Hua                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Oct 16, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db              +Tracy Hua,    6 Jewel Road,    Princeton Junction, NJ 08550-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
      Robert C Leite    on behalf of Debtor Tracy  Hua rleite@rlmfirm.com
      Robert P. Saltzman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 c/o Nationstar dnj@pbslaw.org
      Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4 sobrien@flwlaw.com
      Sean M. O'Brien    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Seri sobrien@flwlaw.com
      Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                 TOTAL: 13