UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov



Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tracy Hua,

    Debtor.

Case No.: 18-25708

Chapter: 11

Judge: CMG

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____the Acting United States Trustee_____ for the reduction of time for a hearing on __the Motion of the Acting United States Trustee for an Order Dismissing Case With Prejudice_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 30, 2018_____ at __1:45 pm__ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey_____, Courtroom No. ___3___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Debtor and all parties that have filed a Notice of Appearance_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*