UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Tracy Hua,

                        Debtor.

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-25708

Chapter:  11

Judge:  CMG

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: October 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____the Acting United States Trustee_____ for the reduction of time for a hearing on __the Motion of the Acting United States Trustee for an Order Dismissing Case With Prejudice_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 30, 2018_____ at __1:45 pm__ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey_____, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Debtor and all parties that have filed a Notice of Appearance
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                               Case No. 18-25708-CMG
Tracy Hua                                                            Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                Page 1 of 1              Date Rcvd: Oct 26, 2018
                               Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db             +Tracy Hua,    6 Jewel Road,    Princeton Junction, NJ 08550-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Robert C Leite    on behalf of Debtor Tracy Hua rleite@rlmfirm.com
              Robert P. Saltzman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 c/o
               Nationstar dnj@pbslaw.org
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee f/b/o holders of
               Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates,
               Series 2007-AR4 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust
               2007-AR6, Mortgage Pass-Through Certificates, Seri sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13