Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−25708−CMG
          Chapter: 11
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy Hua
   6 Jewel Road
   Princeton Junction, NJ 08550

Social Security No.:
   xxx−xx−1863

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/12/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 13, 2018
JAN: bwj

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-25708-CMG
Tracy Hua                                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db           +Tracy Hua,   6 Jewel Road,   Princeton Junction, NJ 08550-3303
cr           +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,   80 Main Street, Suite 460,
               West Orange, NJ 07052-5414
cr           +Deutsche Bank National Trust Company as Trustee fo,    P.O. Box 619096,   Dallas, TX 75261-9096
cr           +U.S. Bank National Association, as Trustee for LEH,    RAS Crane LLC,
               10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517687383     Bank of America, N.A.,    16001 North Dallas Parkway,    Carrollton, TX 75006
517695956     CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517687384    +Charles G. Wohlrab, Esq.,    14000 Commerce Pwy, Ste B,    Mount Laurel, NJ 08054-2242
517860835    +Deutsche Bank National Trust Company,,    1661 Worthington Road,,   Suite 100,,
               West Palm Beach,,   FL 33409-6493
517687390    +Dori Scovish, Esq.,    80 Main Street, Ste 460,    West Orange, NJ 07052-5414
517687391    +Frenkel Lambert Weiss,    Sean O'Brien, Esq,   80 Main Street, Ste 460,
               West Orange, NJ 07052-5414
517687392    +Mr. Cooper,   PO Box 619098,    Dallas, TX 75261-9098
517744263    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,   Dallas, TX 75261-9096
517687395    +Philadelphia Water Dept,    1101 Market Street,   Philadelphia, PA 19107-2994
517687396    +Selene Finance,    100 Grove Road #6,   Thorofare, NJ 08086-2259
517723926    +U.S. Bank National Association,    RAS Crane LLC,   10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
517806807    +U.S. Bank National Association,    PO Box 619096,   Dallas TX 75261-9096
517795541     U.S. Bank National Association, as Trustee,    C/O Nationstar Mortgage LLC d/b/a Mr. Co,
               Bankruptcy Department, PO Box 619094,    Dallas, Texas 75261-9741
517768366     Wells Fargo Bank, N.A. as Trustee f/b/o holders of,    Select Portfolio Servicing,   POB 5250,
               Salt Lake City, UT  84165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: IRS.COM Nov 14 2018 05:08:00      Dist Dir of IRS,   Insolvency Function,   PO Box 724,
               Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            E-mail/Text: megan.harper@phila.gov Nov 14 2018 00:23:24     City of Philadelphia,
               c/o Pamela Elchert Thurmond,    1401 John F. Kennedy Blvd., Room 580,
               Municipal Services Building,    Philadelphia, PA  19102
517771873     EDI: BANKAMER.COM Nov 14 2018 05:08:00      Bank of America, N.A.,    P.O. Box 31785,
               Tampa, FL 33631-3785
517687387     E-mail/Text: megan.harper@phila.gov Nov 14 2018 00:23:24     City of Philadelphia,
               1401 JFK, 5th flr,    Philadelphia, PA 19102
517687388     E-mail/Text: megan.harper@phila.gov Nov 14 2018 00:23:24     City of Philadelphia,
               Pamela Thurmond Esq,    1401 JFK Blvd, 5th Flr,    Philadelphia, PA 19102
517687385    +EDI: CHASE.COM Nov 14 2018 05:08:00      Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
517687394    +Fax: 407-737-5634 Nov 14 2018 01:03:56      Ocwen Loan Servicing, LLC,   1661 Worthington Road,
               West Palm Beach, FL 33409-6493
517687397    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07     United States Trustee,
               1085 Raymond Blvd,    One Newark Center, Ste 2100,    Newark, NJ 07102-5235
517687398    +EDI: WFFC.COM Nov 14 2018 05:08:00      Wells Fargo Bank, N.A.,    PO Box 14411,
               Des Moines, IA 50306-3411
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517687386     Chase Mortgage
517747475*   +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
               Philadelphia, PA 19101-7346
517687389*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Dist Dir of IRS,    Insolvency Function,   PO Box 724,
               Springfield, NJ 07081)
517815764*   +U.S. Bank National Association,   PO Box 619096,   Dallas TX 75261-9096
517687393    ##+Nationastar Mortgage, LLC,   350 Highland Drive,   Lewisville, TX 75067-4177
                                                                                    TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Nov 13, 2018
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:

      Brian E Caine    on behalf of Creditor    MTGLQ INVESTORS, L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Charles G. Wohlrab    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
      Robert C Leite    on behalf of Debtor Tracy  Hua rleite@rlmfirm.com
      Robert P. Saltzman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 c/o Nationstar dnj@pbslaw.org
      Sean M. O'Brien    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Seri sobrien@flwlaw.com
      Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
      Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4 sobrien@flwlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 14