UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov

**Order Filed on November 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tracy Hua,

Debtor.

Case No.: 18-25708 (CMG)

Chapter 11

Chief Judge: Christine M. Gravelle

Hearing Date:

## ORDER DISMISSING CASE WITH CONDITIONS

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: November 12, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Tracy Hua

Case No. 18-25708/CMG

**Order Dismissing Case With Conditions**

___

Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Dismissing the Case pursuant to 11 U.S.C. § 1112(b), with prejudice, and notice of the motion having been given to the Debtor, Debtor's counsel and all parties-in-interest, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the above-captioned case, Tracy Hua, Case No. 18-25708 (CMG), be and hereby is **DISMISSED**; and it is further

**ORDERED** that Hua and any entity that she owns or controls, including but not limited to Hancock 112 LLC and Pennington 189 Management LLC, are prohibited from filing a bankruptcy petition under the Bankruptcy Code; and it is further

**ORDERED** that subsequent to the entry of this Order, Hua and any entity that she owns or controls, may seek to open a miscellaneous proceeding with the Clerk of the Bankruptcy Court in order to schedule a hearing to allow her or any entity that she owns or controls to file a bankruptcy petition; and it is further

**ORDERED** that Hua and any entity that she owns or controls, will be required to disclose to the Court at such hearing that a title search was completed for the proposed debtor, and that all of the proposed debtor's properties are covered by insurance including but not limited to general liability and property.

United States Bankruptcy Court
District of New Jersey

In re:  
Tracy Hua  
    Debtor

Case No. 18-25708-CMG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 13, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.  
db          +Tracy Hua,    6 Jewel Road,    Princeton Junction, NJ 08550-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:

          Brian E Caine     on behalf of Creditor     MTGLQ INVESTORS, L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
          Charles G. Wohlrab     on behalf of Creditor     Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
          Charles G. Wohlrab     on behalf of Creditor     U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N cwohlrab@logs.com, njbankruptcynotifications@logs.com  
          Jeffrey M. Sponder     on behalf of U.S. Trustee     U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
          Kevin Gordon McDonald     on behalf of Creditor     U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Laura M. Egerman     on behalf of Creditor     U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Pamela Elchert Thurmond     on behalf of Creditor     City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov  
          Rebecca Ann Solarz     on behalf of Creditor     BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
          Robert C Leite     on behalf of Debtor Tracy Hua rleite@rlmfirm.com  
          Robert P. Saltzman     on behalf of Creditor     Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 c/o Nationstar dnj@pbslaw.org  
          Sean M. O'Brien     on behalf of Creditor     Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4 sobrien@flwlaw.com  
          Sean M. O'Brien     on behalf of Creditor     Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Seri sobrien@flwlaw.com  
          Sean M. O'Brien     on behalf of Creditor     BANK OF AMERICA, N.A. sobrien@flwlaw.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 14